**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

CASE NO.  13-cr-00360-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JESSICA TOM,

       Defendant.
_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

The Court is in receipt of the Motion to Enter Change of Plea filed on November 5, 2013 (ECF No. 23) and interprets it as constituting a Notice of Disposition and a request for a setting for a Change of Plea..  A Change of Plea Hearing is set for December 10, 2013 at 9:00 a.m. at 103 Sheppard Drive, Suite 235, Durango, Colorado.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department (Durango) not later than close of business on Thursday, December 5, 2013. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.

The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that any pretrial hearings on motions or for trial preparation purposes, as well as the December 9, 2013 trial setting are VACATED.

Dated this 5th day of November, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge